**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named as "Capital One, N.A."

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, N.A.; AND LEXISNEXIS RISK SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:20-cv-00707-GMN-DJA<br><br>*Assigned to Chief Judge Gloria A. Navarro;*<br>*Referred to Magistrate Daniel J. Albregts*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: April 21, 2020 |

1. Plaintiff Eleanor Munroe ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One, N.A" ("Capital One"), by and through its counsel of record (collectively, the "Parties"), hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by twenty-one (21) days, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on April 21, 2020;

2. The Parties agree that a brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

3. The Parties agree this request is made in good faith and not for the purposes of delay;

4. Capital One and Plaintiff have agreed to extend Capital One's deadline to respond to Plaintiff's Complaint to June 8, 2020.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before June 8, 2020.

**IT IS SO STIPULATED.**

DATED: May 18, 2020            **KNEPPER & CLARK LLC**

By: /s/ *Miles N. Clark*                    .
    MILES N. CLARK
    MATTHEW I. KNEPPER
    Attorneys for Plaintiff,
    ELEANOR MUNROE

1  DATED:  May 18, 2020                    **FERNALD LAW GROUP LLP**

2

3                                           By: /s/ *Brandon C. Fernald*                    .
                                                 BRANDON C. FERNALD
4                                               Attorneys for Defendant,
                                                 CAPITAL ONE BANK (USA), N.A.
5

6  **IT IS SO ORDERED**:

7

8  DATED:  May 19, 2020

9                                           _____
                                             Daniel J. Albregts
10                                          United States Magistrate Judge

---

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (BAR NO. 10582)
6236 Laredo Street
Las Vegas, NV 89146
Telephone: (702) 410-7500
Facsimile: (702) 410-7520
E-Mail: brandon.fernald@fernaldlawgroup.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.,
Named as "Capital One, N.A."

# UNITED STATES DISTRICT COURT

## DISCTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE, an individual, | Case No. Case No. 2:20-cv-00707-GMN-DJA |
| Plaintiff, | *Assigned to Chief Judge Gloria A. Navarro; Referred to Magistrate Daniel J. Albregts* |
| v. | |
| CAPITAL ONE, N.A.; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, N.A.; AND LEXISNEXIS RISK SOLUTIONS, INC | **CERTFICATE OF SERVCE** |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Brandon C. Fernald, declare that I am over the age of eighteen years and not a party to this action. I am employed in Clark County, and my business address is: Fernald Law Group LLP, 6236 Laredo Street, Las Vegas, Nevada 89146.

On May 18, 2020, I hereby certify that a true and complete copy of the foregoing documents:

**1. STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**

have been served by forwarding said copy on this the 18th day of May 2020 by transmitting via the Court's ECF system the documents listed above to:

| | |
|---|---|
| **Matthew I. Knepper**<br>**Miles N. Clark**<br>Knepper & Clark LLC<br>5510 So. Fort Apache Rd., Ste. 30<br>Las Vegas, NV 89148<br>Tel: (702) 856-7430<br>Fax: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>          miles.clark@knepperclark.com<br>*Attorneys for Plaintiff*<br>*Eleanor Munroe* | **David H. Krieger**<br>Krieger Law Group, LLC<br>2850 W. Horizon Ridge Blvd., Ste. 200<br>Henderson, NV 89052<br>Tel: (702) 848-3855<br>Email: dkrieger@kriegerlawgroup.com<br>*Attorneys for Plaintiff*<br>*Eleanor Munroe* |
| **Gary E. Schnitzer**<br>Kravitz, Schnitzer & Johnson, Chtd.<br>8985 S. Eastern Ave., S.te 200<br>Las Vegas, NV 89123<br>Tel: (702) 222-4142<br>Fax: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*LexisNexis Risk Solutions, Inc.* | **Meagan Mihalko**<br>Troutman Sanders<br>1001 Haxall Point Ste 1500<br>Richmond, VA 23219<br>Tel: (804) 697-1281<br>*Attorneys for Defendant*<br>*Early Warning Services, LLC*<br><br>*(SERVICE BY FIRST CLASS USPS)* |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: May 18, 2020

_____
Brandon C. Fernald

- 2 -