**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named as "Capital One, N.A."

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, N.A.; AND LEXISNEXIS RISK SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:20-cv-00707-GMN-DJA<br><br>*Assigned to Chief Judge Gloria A. Navarro; Referred to Magistrate Daniel J. Albregts*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed: April 21, 2020 |

Plaintiff Eleanor Munroe ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One, N.A" ("Capital One"), by and through its counsel of record (collectively, the "Parties"), hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by fourteen (14) days, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on April 21, 2020;

2. The Parties agree that a further brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

3. The Parties agree this request is made in good faith and not for the purposes of delay;

4. Capital One and Plaintiff have agreed to extend Capital One's deadline to respond to Plaintiff's Complaint to June 22, 2020.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before June 22, 2020.

**IT IS SO STIPULATED.**

DATED: June 4, 2020              **KNEPPER & CLARK LLC**

                                 By: /s/ Miles N. Clark                .
                                     MILES N. CLARK
                                     MATTHEW I. KNEPPER
                                 Attorneys for Plaintiff,
                                 ELEANOR MUNROE

DATED:  June 4, 2020          **FERNALD LAW GROUP LLP**

By: /s/ _____.
    BRANDON C. FERNALD
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

**IT IS SO ORDERED**:

DATED: __June 8, 2020_____      _____
                                                              Daniel J. Albregts
                                                               United States Magistrate Judge

**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (BAR NO. 10582)
6236 Laredo Street
Las Vegas, NV  89146
Telephone:  (702) 410-7500
Facsimile:   (702) 410-7520
E-Mail:       brandon.fernald@fernaldlawgroup.com


Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.,
Named as "Capital One, N.A."

# UNITED STATES DISTRICT COURT

## DISCTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, N.A.; AND LEXISNEXIS RISK SOLUTIONS, INC<br><br>Defendants. | Case No.  Case No. 2:20-cv-00707-GMN-DJA<br><br>*Assigned to Chief Judge Gloria A. Navarro;<br>Referred to Magistrate Daniel J. Albregts*<br><br>**CERTFICATE OF SERVCE** |

# CERTIFICATE OF SERVICE

I, Brandon C. Fernald, declare that I am over the age of eighteen years and not a party to this action. I am employed in Clark County, and my business address is: Fernald Law Group LLP, 6236 Laredo Street, Las Vegas, Nevada 89146.

On June 5, 2020, I hereby certify that a true and complete copy of the foregoing documents:

1. STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)

have been served by forwarding said copy on this the 5th day of June 2020 by transmitting via the Court's ECF system the documents listed above to:

| | |
|---|---|
| **Matthew I. Knepper** <br> **Miles N. Clark** <br> Knepper & Clark LLC <br> 5510 So. Fort Apache Rd., Ste. 30 <br> Las Vegas, NV 89148 <br> Tel: (702) 856-7430 <br> Fax: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> miles.clark@knepperclark.com <br> ***Attorneys for Plaintiff Eleanor Munroe*** | **David H. Krieger** <br> Krieger Law Group, LLC <br> 2850 W. Horizon Ridge Blvd., Ste. 200 <br> Henderson, NV 89052 <br> Tel: (702) 848-3855 <br> Email: dkrieger@kriegerlawgroup.com <br> ***Attorneys for Plaintiff*** <br> ***Eleanor Munroe*** |
| **Gary E. Schnitzer** <br> Kravitz, Schnitzer & Johnson, Chtd. <br> 8985 S. Eastern Ave., S.te 200 <br> Las Vegas, NV 89123 <br> Tel: (702) 222-4142 <br> Fax: (702) 362-2203 <br> Email: gschnitzer@ksjattorneys.com <br> ***Attorneys for Defendant*** <br> ***LexisNexis Risk Solutions, Inc.*** | **Meagan Mihalko** <br> Troutman Sanders <br> 1001 Haxall Point Ste 1500 <br> Richmond, VA 23219 <br> Tel: (804) 697-1281 <br> ***Attorneys for Defendant*** <br> ***Early Warning Services, LLC*** <br> <br> ***(SERVICE BY FIRST CLASS USPS)*** |
| Joel Edward Tasca <br> Ballard Sphar LLP <br> 1980 Festival Plaza Drive <br> Suite 900 <br> Las Vegas, NV 89135 <br> Tel: (702)-471-7000 <br> Fax: (702) 471-7070 <br> Email : tasca@ballardspahr.com <br> ***Attorneys for Defendant*** <br> ***JP Morgan Chase Bank, NA*** | |

1   I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true
2   and correct.

3   DATED: June 5, 2020                         _____
4                                                    Brandon C. Fernald