Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant
JP Morgan Chase Bank NA*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE;<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NA; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK NA; and LEXISNEXIS RISK SOLUTIONS, INC.;<br><br>    Defendants. | CASE NO. 2:20-cv-00707-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK NA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff Eleanor Munroe ("Plaintiff") and Defendant JP Morgan Chase Bank NA ("Chase")[1] stipulate and agree that Chase has up to and including July 1, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Chase to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40226201 v1

This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated this 16th day of June, 2020.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant<br>JP Morgan Chase Bank NA* | By: /s/ Miles N. Clark<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP LLC<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, Nevada 89107<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff Eleanor Munroe* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 17, 2020

2

DMWEST #40226201 v1