Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

Meagan A. Mihalko, Esq. (VSB No. 80703)
*Pro hac vice*
TROUTMAN SANDERS LLP
1001 Haxall Pt.
Richmond, Virginia 23219
Telephone: 804-697-1281
meagan.mihalko@troutman.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE, EARLY WARNING SERVICES, LLC, JP MORGAN CHASE, and LEXISNEXIS RISK SOLUTIONS,<br><br>　　　　Defendants. | Case No. 2:20-CV-00707-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Eleanor Munroe ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 6, 2020. In support of the Stipulation, the parties state the following:

　　1.　　EWS signed a waiver of service on or around April 21, 2020 making its responsive pleading due on or around June 22, 2020.

　　2.　　The undersigned counsel for EWS was retained by EWS in connection with this

1

42527457v1

matter and is continuing to review the allegations asserted in the Complaint.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for EWS to file its responsive pleading.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 6, 2020

DATED: June 19, 2020.

| KNEPPER & CLARK LLC | TROUTMAN SANDERS LLP |
|---|---|
| By: */s/ Miles N. Clark*<br>    Matthew I. Knepper, Esq. (NSBN 12796)<br>    Miles N. Clark, Esq. (NSBN 13848)<br>    5510 S. Fort Apache Rd., Suite 30<br>    Las Vegas, NV 89418-7700<br>    matthew.knepper@knepperclark.com<br>    miles.clark@knepperclark.com<br><br>KRIEGER LAW GROUP LLC<br>David H. Krieger, Esq. (NSBN 9086)<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>dkrieger@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Eleanor Munroe* | By: */s/ Meagan A. Mihalko*<br>    Laura R. Jacobsen, Esq. (NSBN13699)<br>    Jason B. Sifers, Esq. (NSBN 14273)<br>    McDONALD CARANO LLP<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    ljacobsen@mcdonaldcarano.com<br>    jsifers@mcdonaldcarano.com<br><br>Meagan A. Mihalko (VSB No. 80703)<br>*Admitted pro hac vice*<br>1001 Haxall Pt.<br>Richmond, VA 23219<br>meagan.mihalko@troutman.com<br><br>*Attorneys for Defendant*<br>*Early Warning Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 22, 2020_____

2

42527457v1