Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant*
*JP Morgan Chase Bank NA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR MUNROE;<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NA; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK NA; and LEXISNEXIS RISK SOLUTIONS, INC.;<br><br>　　　　Defendants. | CASE NO. 2:20-cv-00707-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK NA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Eleanor Munroe ("Plaintiff") and Defendant JP Morgan Chase Bank NA ("Chase")[1] stipulate and agree that Chase has up to and including July 22, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Chase to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40273059 v1

1   This is the third request for an extension, and is made in good faith and not for
2   purposes of delay.
3   Dated this 1st day of July, 2020.

4   BALLARD SPAHR LLP                           KRIEGER LAW GROUP LLC

6   By: /s/ Joel E. Tasca                       By: /s/ Miles Clark
7   Joel E. Tasca, Esq.                         David H. Krieger, Esq.
    Nevada Bar No. 14124                        Nevada Bar No. 9086
8   Emil S. Kim, Esq.                           KRIEGER LAW GROUP LLC
    Nevada Bar No. 14894                        500 N. Rainbow Blvd., Suite 300
9   BALLARD SPAHR LLP                           Las Vegas, Nevada 89107
    1980 Festival Plaza Drive, Suite 900
10  Las Vegas, Nevada 89135                     Matthew I. Knepper, Esq.
                                                Nevada Bar No. 12796
11  *Attorneys for Defendant*                   Miles N. Clark, Esq.
    *JP Morgan Chase Bank NA*                   Nevada Bar No. 13848
                                                KNEPPER & CLARK LLC
                                                5510 S. Fort Apache Road, Suite 30
                                                Las Vegas, Nevada 89148

                                                *Attorneys for Plaintiff Eleanor Munroe*

17                                              **ORDER**
18                                              IT IS SO ORDERED:

20                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

22                                              DATED:  July 6, 2020

2

DMWEST #40273059 v1