1 | Laura R. Jacobsen, Esq. (NSBN 13699)
2 | Jason B. Sifers, Esq. (NSBN 14273)
  | McDONALD CARANO LLP
3 | 2300 West Sahara Avenue, Suite 1200
  | Las Vegas, Nevada 89102
4 | Telephone: (702) 873-4100
  | ljacobsen@mcdonaldcarano.com
5 | jsifers@mcdonaldcarano.com

6 | Meagan A. Mihalko, Esq. (VSB No. 80703)
7 | *Pro hac vice*
  | TROUTMAN SANDERS LLP
8 | 1001 Haxall Pt.
  | Richmond, Virginia 23219
9 | Telephone: 804-697-1281
  | meagan.mihalko@troutman.com
10

11 | *Attorneys for Defendant*
   | *Early Warning Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELEANOR MUNROE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE, EARLY WARNING SERVICES, LLC, JP MORGAN CHASE, and LEXISNEXIS RISK SOLUTIONS,<br><br>　　　　Defendants. | Case No. 2:20-CV-00707-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT**<br>**(Second Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Eleanor Munroe ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 27, 2020. In support of the Stipulation, the parties state the following:

　　1.　　EWS signed a waiver of service on or around April 21, 2020 making its responsive pleading due on or around June 22, 2020.

　　2.　　This Court previously entered a stipulation extending EWS's time to respond to the

1

42527457v1

Complaint through July 6, 2020.

3. The undersigned counsel for EWS was retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint and the parties have exchanged information informally in connection with the claims alleged against EWS.

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

5. This is the second request to extend the deadline for EWS to file its responsive pleading.

6. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

7. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 27, 2020

DATED: July 3, 2020.

| KNEPPER & CLARK LLC | TROUTMAN SANDERS LLP |
|---|---|
| By: */s/ Miles N. Clark*<br>    Matthew I. Knepper, Esq. (NSBN 12796)<br>    Miles N. Clark, Esq. (NSBN 13848)<br>    5510 S. Fort Apache Rd., Suite 30<br>    Las Vegas, NV 89418-7700<br>    matthew.knepper@knepperclark.com<br>    miles.clark@knepperclark.com<br><br>KRIEGER LAW GROUP LLC<br>David H. Krieger, Esq. (NSBN 9086)<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>dkrieger@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Eleanor Munroe* | By: */s/ Meagan A. Mihalko*<br>    Laura R. Jacobsen, Esq. (NSBN13699)<br>    Jason B. Sifers, Esq. (NSBN 14273)<br>    McDONALD CARANO LLP<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    ljacobsen@mcdonaldcarano.com<br>    jsifers@mcdonaldcarano.com<br><br>Meagan A. Mihalko (VSB No. 80703)<br>*Admitted pro hac vice*<br>1001 Haxall Pt.<br>Richmond, VA 23219<br>meagan.mihalko@troutman.com<br><br>*Attorneys for Defendant*<br>*Early Warning Services, LLC* |

**IT IS SO ORDERED.**

DATED:  July 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE

42527457v1

3