Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ELEANOR MUNROE, | Case No. 2:20-cv-00707-GMN-DJA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF EARLY WARNING SERVICES, LLC, WITH PREJUDICE** |
| v. | |
| CAPITAL ONE, N.A.; EARLY WARNING SERVICES, LLC; JP MORGAN CHASE BANK, NA; and LEXISNEXIS RISK SOLUTIONS, INC., | Complaint filed: April 20, 2020 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant EARLY WARNING SERVICES, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: September 16, 2020.

| **KNEPPER & CLARK LLC** | **MCDONALD CARANO LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Laura R. Jacobsen* |
| Matthew I. Knepper, Esq., SBN 12796 | Laura R. Jacobsen, Esq., SBN 13699 |
| Miles N. Clark, Esq., SBN 13848 | Jason B. Sifers, Esq., SBN 14273 |
| 5510 So. Fort Apache Rd, Suite 30 | 2300 West Sahara Avenue, Suite 1200 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89102 |
| Email: matthew.knepper@knepperclark.com | Email: ljacobsen@mcdonaldcarano.com |
| Email: miles.clark@knepperclark.com | Email: jsifers@mcdonaldcarano.com |
| | |
| **KRIEGER LAW GROUP, LLC** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| David H. Krieger, Esq., SBN 9086 | Meagan A. Mihalko, Esq. |
| 2850 W. Horizon Ridge Parkway, Suite 200 | *(Admitted Pro Hac Vice)* |
| Henderson, NV 89052 | 1001 Haxall Point |
| Email: dkrieger@kriegerlawgroup.com | Richmond, VA 23219 |
| *Counsel for Plaintiff* | Email: meagan.mihalko@troutman.com |
| | *Counsel for Defendant* |
| | *Early Warning Services, LLC* |
| **BALLARD SPAHR LLP** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
| /s/ *Joel E. Tasca* | /s/ *Gary E. Schnitzer* |
| Joel E. Tasca, Esq., SBN 14124 | Gary E. Schnitzer, Esq., SBN 395 |
| Emil S. Kim, Esq., SBN 14894 | Email: gschnitzer@ksjattorneys.com |
| 1980 Festival Plaza Drive, Suite 900 | *Counsel for Defendant* |
| Las Vegas, NV 89135 | *LexisNexis Risk Solutions* |
| Email: tasca@ballardspahr.com | |
| Email: kime@ballardspahr.com | |
| *Counsel for Defendant* | |
| *JP Morgan Chase Bank, NA* | |
| **FERNALD LAW GROUP LLP** | |
| /s/ *Brandon Claus Fernald* | |
| Brandon Claus Fernald, Esq., SBN 10582 | |
| 6236 Laredo Street | |
| Las Vegas, NV 89146 | |
| Email: Brandon.Fernald@fernaldlawgroup.com | |
| *Counsel for Defendant* | |
| *Capital One, N.A.* | |

<u>**ORDER GRANTING STIPULATION TO DISMISSAL
OF EARLY WARNING SERVICES, LLC WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT
Case No. 2:20-cv-00707-GMN-DJA

DATED this __16__ day of September, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430