Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ELEANOR MUNROE, | Case No. 2:20-cv-00707-GMN-DJA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE** |
| v. | |
| CAPITAL ONE, N.A.; and LEXISNEXIS RISK SOLUTIONS, INC., | Complaint filed:  April 20, 2020 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant LEXISNEXIS RISK SOLUTIONS, INC., from the above captioned action, with prejudice.

//

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: December 16, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gschnitzer@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *LexisNexis Risk Solutions* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |
| **FERNALD LAW GROUP LLP** | |
| /s/ *Brandon Claus Fernald* | |
| Brandon Claus Fernald, Esq., SBN 10582 | |
| 6236 Laredo Street | |
| Las Vegas, NV 89146 | |
| Email: Brandon.Fernald@fernaldlawgroup.com | |
| | |
| *Counsel for Defendant* | |
| *Capital One, N.A.* | |

### ORDER GRANTING STIPULATION TO DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC. WITH PREJUDICE

**IT IS SO ORDERED.**

Dated this __17__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2